**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES FRANKLIN JONES, ) | No. CV12-908-CBM(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| PAROLE BOARD, ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED: 8/6/2012

CONSUELO B. MARSHALL
United States District Judge